UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAH FREDERICK NATHANIEL MASON, III, | ) ) ) |
| Plaintiff, | ) ) **O R D E R** |
| vs. | ) ) 2:12-CV-1919-PMP-VCF |
| PALAZZO HOTEL AND CASINO, et al., | ) ) ) |
| Defendants. | ) ) |

      Before the Court for consideration is the Report & Recommendation of Magistrate Judge Cam Ferenbach entered on 11/14/2012.  Judge Ferenbach recommends that Plaintiff's Complaint be dismissed without prejudice and that Plaintiff be permitted to file an Amended Complaint within thirty-three (33) days of this Court's Order dismissing the Complaint, or the case may be dismissed with prejudice.

      Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation [2] of Magistrate Judge Cam Ferenbach entered 11/14/2012 is **ADOPTED** and **AFFIRMED.**

      **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice to Plaintiff to file an Amended Complaint within thirty-three (33) days of this Order.  Failure to file an Amended Complaint within thirty-three (33) days will result in dismissal of this complaint with prejudice.

      Dated: December 5, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE