UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAH FREDERICK NATHANIEL MASON, III, </br></br>   Plaintiff, </br></br> vs. </br></br> PALAZZO HOTEL AND CASINO, et al., </br></br>   Defendants. | **O R D E R** </br></br> 2:12-CV-1919-PMP-VCF |

Before the Court for consideration is the Report & Recommendation of Magistrate Judge Cam Ferenbach entered on 11/14/2012. Judge Ferenbach recommends that Plaintiff's Complaint be dismissed without prejudice and that Plaintiff be permitted to file an Amended Complaint within thirty-three (33) days of this Court's Order dismissing the Complaint, or the case may be dismissed with prejudice.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation [2] of Magistrate Judge Cam Ferenbach entered 11/14/2012 is **ADOPTED** and **AFFIRMED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice to Plaintiff to file an Amended Complaint within thirty-three (33) days of this Order. Failure to file an Amended Complaint within thirty-three (33) days will result in dismissal of this complaint with prejudice.

Dated: December 5, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE