UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAH FREDERICK NATHANIEL MASON, III, | |
| Plaintiff, | 2:12-cv-01919-PMP-VCF |
| v. | |
| PALAZZO HOTEL AND CASINO, et al., | ORDER |
| Defendants. | |

There having been no action in this case since this Court's Order (Doc. #5) DATED DECEMBER 5, 2012 giving Plaintiff 33 days to file an amended complaint,

IT IS ORDERED that this case is hereby DISMISSED with prejudice.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge